UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN DALE MOUNCE,<br>　　　　Plaintiff, | CIVIL ACTION |
| VERSUS | NO. 12-669 |
| JOHN DOE, ET AL.,<br>　　　　Defendant. | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the above and foregoing Motion for Leave to File Reply,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply to Defendants' Opposition to Plaintiff's Motion to Compel is hereby GRANTED. The Reply Memorandum is filed.

This __23rd__ day of __April__, 2013, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JUDGE JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE